# EXHIBIT B

**FREEDOM MORTGAGE®**

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# Mortgage Statement
Statement Date 03/02/20

6-807-37703-0020614-002-000-010-000-000

CHARLES L. GALLAGHER
JESSICA L. GALLAGHER

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00 a.m. - 10:00 p.m. ET |
| | Saturday 9:00 a.m. - 6:00 p.m. ET |
| Find us on the web at: | www.freedommortgage.com |

Loan Number
Payment Due Date                    04/01/20

**Amount Due**                       $890.07
If payment is received after 04/16/20, $35.60 late fee will be charged.

Property Address:   309 STRATHMORE DR
                    FRANKFORT KY 406010000

### Account Information

| | |
|---|---:|
| Outstanding Principal | $86,764.48 |
| Deferred Balance | $0.00 |
| Interest Rate | 4.000% |
| Prepayment Penalty | No |
| Escrow Balance | $2,093.06 |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---:|
| Principal | $209.22 |
| Interest | $289.21 |
| Escrow/Impound (for Taxes and/or Insurance) | $391.64 |
| **Regular Monthly Payment** | **$890.07** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$890.07** |

### Transaction Activity (02/04/20 - 03/02/20)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 02/06/20 | 02/01/20 | 02/06/20 | $84.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 02/12/20 | 02/01/20 | 02/12/20 | $500.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 02/24/20 | 03/01/20 | 02/23/20 | $890.07 | $289.91 | $208.52 | $391.64 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---:|---:|
| Principal | $208.52 | $416.35 |
| Interest | $289.91 | $580.51 |
| Escrow (Taxes and Insurance) | $891.64 | $1,265.21 |
| Fees | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$1,390.07** | **$2,262.07** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Additional Monthly Amounts - This accounts for optional products including but not limited to: Total Protect.

### Important Messages

Charles L. Gallagher,

*Will you answer just one question, please?*

Our goal is to ensure that you receive only helpful and relevant information from us. So, we are asking you to please answer just **ONE** question specific to your current home loan. It's that simple ... **and rewarding!**

Visit **www.FMC1question.com**.

Have reservation **#1082142715** handy.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

## CONTACT INFORMATION

To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 1-866-505-0948 |

**CUSTOMER CARE: 1-855-690-5900**    or    **WEBSITE: www.freedommortgage.com**

## IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 1-817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 1-866-751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 100562, Florence, SC 29502-0562. For general questions regarding hazard insurance, please call 1-866-222-9005.

For questions regarding Hazard Loss Drafts, please call 1-888-810-7318. You may also fax any required Loss Draft information to 1-866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 1-855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 1-855-690-5900.

**FOR NEW YORK RESIDENTS -** Freedom Mortgage is registered with the Superintendent of the New York Department of Financial Services. You may file complaints and/or obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**FOR OREGON RESIDENTS -** Residential mortgage loan servicers are regulated by the Oregon Division of Financial regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

## PAYMENT INFORMATION

**Phone payments or Automatic (ACH) payments -** To pay by phone please call the Customer Care number provided above (additional fee may apply). To establish or cancel your ACH program within 48 hours of your debit, please contact Customer Care at the number provided above.

**Web -** You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments -** Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote -** This statement does not contain the amount required to pay your loan in full and may not reflect all third party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address provided above. You may also contact Customer Care at the number provided above.

**Payments by Mail -** To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit -** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments -** Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing -** When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

EQUAL HOUSING LENDER

## LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 1-855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 1-800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x33615-1119B Rev 1119

Change of Mailing Address / Contact Information





# Will you answer just one quick question?

*It could be very rewarding!*

## CHARLES,

We want to make sure that you only receive helpful and relevant information from Freedom Mortgage. So, we need you to answer **one quick question** specific to your current home loan.

It's that easy… and it could be **very rewarding!**

This is not a commitment to lend. Application required and subject to underwriting approval and collateral requirements. Full documentation required. Not all applicants will be