# EXHIBIT E

**FREEDOM MORTGAGE®**
P.O. BOX 619063
DALLAS, TX 75261-9063

Statement Date 06/18/20

5-807-41541-0027668-002-1-100-010-000-000

CHARLES L. GALLAGHER
JESSICA L. GALLAGHER

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00 a.m. - 10:00 p.m. ET |
| | Saturday 9:00 a.m. - 6:00 p.m. ET |
| Find us on the web at: | www.freedommortgage.com |

Loan Number
Payment Due Date 07/01/20
**Amount Due**** **$1,936.32**
If payment is received after 07/16/20, $37.26 late fee will be charged.

Property Address:   309 STRATHMORE DR
FRANKFORT KY 406010000

## Account Information

| | |
|---|---:|
| Outstanding Principal | $85,571.63 |
| Deferred Balance | $0.00 |
| Interest Rate | 4.000% |
| Prepayment Penalty | No |
| Escrow Balance | ($230.12) |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---:|
| Principal | $213.90 |
| Interest | $284.53 |
| Escrow/Impound (for Taxes and/or Insurance) | $433.30 |
| **Regular Monthly Payment** | **$931.73** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $931.73 |
| Unpaid Late Charges | $72.86 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$1,936.32** |

## Transaction Activity (05/02/20 - 06/18/20)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Reversal | 05/29/20 | 02/01/20 | 02/23/20 | -$890.07 | -$289.91 | -$208.52 | -$391.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 05/29/20 | 03/01/20 | 02/24/20 | $890.07 | $289.91 | $208.52 | $391.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment Reversal | 05/29/20 | 03/01/20 | 03/20/20 | -$890.07 | -$289.21 | -$209.22 | -$391.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 05/29/20 | 03/01/20 | 03/20/20 | $890.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $890.07 |
| Payment Reversal | 05/29/20 | 04/01/20 | 04/24/20 | -$890.07 | -$288.52 | -$209.91 | -$391.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 05/29/20 | 04/01/20 | 04/24/20 | $118.92 | $289.21 | $209.22 | $474.96 | $35.60 | $0.00 | $0.00 | $0.00 |
| Curtailment | 05/29/20 | 04/01/20 | 04/24/20 | $771.15 | $0.00 | $771.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mortgage Insurance | 05/05/20 | 05/01/20 | 05/05/20 | $84.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 05/29/20 | 06/01/20 | 05/20/20 | $890.07 | $287.82 | $210.61 | $391.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment Reversal | 05/29/20 | 05/01/20 | 05/20/20 | -$890.07 | -$287.82 | -$210.61 | -$391.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 05/29/20 | 05/01/20 | 05/20/20 | $890.07 | $285.95 | $212.48 | $391.64 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---:|---:|
| Principal | $773.72 | $1,609.20 |
| Interest | ($2.57) | $1,155.67 |
| Escrow (Taxes and Insurance) | ($416.68) | $1,631.81 |
| Fees | $0.00 | $0.00 |
| Late Charges | $35.60 | $35.60 |
| Partial Payment Unapplied* | $890.07 | $0.00 |
| **Total** | **$1,280.14** | **$4,432.28** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Additional Monthly Amounts - This accounts for optional products including but not limited to: Total Protect.

## Important Messages

Charles L. Gallagher,

We have been trying to reach you about the availability of a **lower rate and lower monthly payment.**

If you haven't already, please call us immediately at **844-847-9159** or visit **www.FreedomRefi.com/VIP.**

Reference your **Reservation #1055839426**

*Interest rates subject to change due to market conditions

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



**Amount Due**

| Due By 07/01/20: | $1,977.98 |
|---|---:|