# EXHIBIT

# F

REPRESENTATION OF PRINTED DOCUMENT



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# Mortgage Statement
Statement Date 07/10/20

4-807-42246-0021309-002-101-010-000-000

CHARLES L. GALLAGHER
JESSICA L. GALLAGHER

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00 a.m. - 10:00 p.m. ET<br>Saturday 9:00 a.m. - 6:00 p.m. ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 08/01/20 |

**Amount Due**:  **$1,936.32**
If payment is received after 08/16/20, $37.26 late fee will be charged.

Property Address: 309 STRATHMORE DR
FRANKFORT KY 406010000

## Account Information

| | |
|---|---:|
| Outstanding Principal | $85,358.44 |
| Deferred Balance | $0.00 |
| Interest Rate | 4.000% |
| Prepayment Penalty | No |
| Escrow Balance | $121.33 |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---:|
| Principal | $214.61 |
| Interest | $283.82 |
| Escrow/Impound (for Taxes and/or Insurance) | $433.30 |
| **Regular Monthly Payment** | **$931.73** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $931.73 |
| Unpaid Late Charges | $72.86 |
| Other/Optional Products | $.00 |
| **Total Amount Due** | **$1,936.32** |

## Transaction Activity (06/19/20 - 07/10/20)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 07/08/20 | 05/01/20 | 07/08/20 | $81.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 07/10/20 | 06/01/20 | 07/10/20 | $931.73 | $285.24 | $213.19 | $433.30 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---:|---:|
| Principal | $213.19 | $1,822.39 |
| Interest | $285.24 | $1,440.91 |
| Escrow (Taxes and Insurance) | $433.30 | $2,065.11 |
| Fees | $0.00 | $0.00 |
| Late Charges | $0.00 | $35.60 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$931.73** | **$5,364.01** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Additional Monthly Amounts - This accounts for optional products including but not limited to: Total Protect.

## Important Messages

Charles L. Gallagher,

We have been trying to reach you about the availability of a **lower rate and lower monthly payment**.

If you haven't already, please call us immediately at **844-847-9159** or visit **www.FreedomRefi.com/VIP**.

Reference your **Reservation #1098468721**

*Interest rates subject to change due to market conditions

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



| LOAN NUMBER: | 0085033041 | CHARLES L. GALLAGHER<br>JESSICA L. GALLAGHER |
|---|---|---|

Internet Reprint

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

## Amount Due

| | |
|---|---:|
| Due By 08/01/20: | $1,977.98 |
| $37.26 late fee will be charged after 08/16/20 | |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Charge | $ . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 1-866-505-0948 |

**CUSTOMER CARE: 1-855-690-5900** or **WEBSITE: www.freedommortgage.com**

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 1-817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 1-866-751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 100562, Florence, SC 29502-0562. For general questions regarding hazard insurance, please call 1-866-222-9005.

For questions regarding Hazard Loss Drafts, please call 1-888-810-7318. You may also fax any required Loss Draft information to 1-866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 1-855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 1-855-690-5900.

**FOR NEW YORK RESIDENTS** - Freedom Mortgage is registered with the Superintendent of the New York Department of Financial Services. You may file complaints and/or obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

Freedom utilizes third party providers to perform actions and activities pertaining to mortgage loan servicing on our behalf from time to time. As long as Freedom is responsible for servicing your mortgage loan, we remain responsible for all servicing actions related to your mortgage loan.

**FOR OREGON RESIDENTS** - Residential mortgage loan servicers are regulated by the Oregon Division of Financial regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov

### PAYMENT INFORMATION

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above (additional fee may apply). To establish or cancel your ACH program within 48 hours of your debit, please contact Customer Care at the number provided above.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address provided above. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.


EQUAL HOUSING LENDER

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 1-855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 1-800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x34316-0520B Rev 0520

---

### Change of Mailing Address / Contact Information

Please provide your contact information below.

Name _____

New Address _____

City _____ State _____ Zip _____

Home Phone # _____ Business Phone # _____ Ext _____

Email _____

Cell Phone # _____ ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

REPRESENTATION OF PRINTED DOCUMENT    4-807-42246-0021309-002-101-010-000-000



# Save More This Summer!



**Rates are down. Refinance today!**

Based on a review of your account, we may be able to lower your rate and reduce your monthly mortgage payment through our Streamline Refinance program!

## Act now—before rates rise!

### Benefits include:

 Lower rate and lower monthly payment

 No appraisal required

 No credit inquiry required in most cases*

 No income verification required

By refinancing your Freedom Mortgage Corporation loan, the total finance charges may be higher over the life of the loan.

### Get started now at
### www.FreedomRefi.com/VIP
### or call 844-543-4137.

Have your Reservation #: 1098468721 ready when you call.

**Important information regarding licensing, loan terms, fees, conditions and limitations.**

This is not a commitment to lend. Not all applicants will be approved. Streamline programs are not available in connection with Texas Section 50(a)(6) loans. Loan secured by a lien against your property. Terms, conditions and restrictions apply. Fees and charges apply and may vary by state, product, and loan amount. Interest rates are subject to change without notice. If you do not lock in a rate when you apply, that rate may not be available at loan commitment, lock-in or closing. Additional payments of taxes & property insurance are required. Important information relating specifically to your loan will be contained in the loan documents, which alone will establish your rights and obligations under the loan plan. Call for details.

Freedom Mortgage Corporation is a mortgage lender and is not affiliated with the U.S. Government, HUD, FHA, VA or any other government agencies. **We do not provide legal, tax or investment advice.**

### FHA Streamline

*A credit pull would be required if an existing obligor is being removed for reasons other than death or divorce.

Application required and subject to limited borrower credit documentation and underwriting. FHA loans require an upfront mortgage insurance premium (MIP), paid at closing or financed into the loan amount, and an annual MIP, paid monthly as part of the loan payment. Loan-to-value requirements vary by product.

### VA Streamline

*A credit pull would be required if the monthly mortgage payment increases by 20% or more.

No application or appraisal required. No credit information or underwriting required unless the loan being refinanced is 30 days or more past due or the monthly payment will increase by 20% or more. VA loans require a borrower-paid funding fee, which will vary and may be financed into the loan amount. Some borrowers are exempt from the funding fee. Maximum loan guaranty amount varies per county. Contact the VA for more information on these items.

**Freedom Mortgage Corporation,** NMLS # 2767 (www.nmlsconsumeraccess.org), 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054; 1000 Chesterfield Business Parkway, Suite 201, St. Louis, MO 63005; 550 S. Mesa Hills Drive, Suite F-1, El Paso, TX 79912; 3800 North Lamar Boulevard, Suite 200, Austin, TX 78756; 4905 A Woodrow Avenue, Austin, TX 78756, 302 Lorenaly Drive, Suite E-115, Brownsville, TX 78526; 9800 Hillwood Parkway, Suite 140, Office 158/157, Fort Worth, TX 76177; 6500 International Parkway, Suite 1800, Plano, TX 75093; 7017 North 10th Street, Suite 0-2, McAllen, TX 78504. 800-220-3333. Arizona (d/b/a Freedom Home Mortgage Corporation (FN)) License # 0907890; Licensed by the Department of Business Oversight under the California Residential Mortgage Lending Act. Loans made or arranged pursuant to a California Financing Law license; Colorado Responsible Party: Freedom Mortgage Corporation; Georgia Residential Mortgage Licensee # 6661; Massachusetts Mortgage Lender and Mortgage Broker Licenses #MC2767, Debt Collector License # DC2767; Licensed by the N.J. Department of Banking and Insurance; Licensed Mortgage Banker – NYS Department of Financial Services and Exempt Mortgage Loan Servicer Registration; Ohio Residential Mortgage Lending Act Certificate of Registration # RM.803365.000; Rhode Island Licensed Lender, Licensed Loan Broker, and Licensed Third Party Loan Servicer Licenses; Washington Consumer Loan Company License CL-2767, dba www.freedommortgage.com. For complete licensing information, visit www.freedommortgage.com/state-licensing. Equal Housing Opportunity.

© 2020 Freedom Mortgage Corporation

CC583(0620)




